**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: ROSE, THOMAS W. | § | Case No. 09-74078 |
| ROSE, ANN M. | § | |
| ROSE, TOM W. | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $113,426.89       Assets Exempt: $87,426.89
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,274.66      Claims Discharged
    Without Payment: $32,836.26

Total Expenses of Administration: $2,522.92

---

    3) Total gross receipts of $ 6,797.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,797.58 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $38,088.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,522.92 | 2,522.92 | 2,522.92 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 34,249.44 | 37,110.92 | 37,110.92 | 4,274.66 |
| **TOTAL DISBURSEMENTS** | $72,337.44 | $39,633.84 | $39,633.84 | $6,797.58 |

    4) This case was originally filed under Chapter 7 on September 23, 2009.
. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/04/2010          By: /s/MEGAN G. HEEG
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Personal Property | 1229-000 | 5,384.19 |
| TAX REFUNDS | 1224-000 | 1,412.34 |
| Interest Income | 1270-000 | 1.05 |
| **TOTAL GROSS RECEIPTS** | | **$6,797.58** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | U.S. Bank Home Mortgage | 4110-000 | 38,088.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$38,088.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,429.76 | 1,429.76 | 1,429.76 |
| MEGAN G. HEEG | 2200-000 | N/A | 20.66 | 20.66 | 20.66 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 1,060.00 | 1,060.00 | 1,060.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 12.50 | 12.50 | 12.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,522.92 | 2,522.92 | 2,522.92 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 4,453.99 | 4,765.66 | 4,765.66 | 548.95 |
| 2 | DISCOVER BANK | 7100-000 | 1,248.31 | 1,342.80 | 1,342.80 | 154.67 |
| 3 | DISCOVER BANK | 7100-000 | 3,594.34 | 3,754.06 | 3,754.06 | 432.41 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 2,051.62 | 2,230.82 | 2,230.82 | 256.96 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 7,846.96 | 8,319.13 | 8,319.13 | 958.25 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 1,599.28 | 1,882.77 | 1,882.77 | 216.87 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 8,814.97 | 9,858.98 | 9,858.98 | 1,135.61 |
| 8 | CAPITAL ONE BANK USA, N.A. | 7100-000 | 467.56 | 674.20 | 674.20 | 77.66 |
| 9 | GE Money Bank dba WAL-MART DISCOVER CARD | 7100-000 | 183.00 | 242.25 | 242.25 | 27.90 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 3,989.41 | 4,040.25 | 4,040.25 | 465.38 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 34,249.44 | 37,110.92 | 37,110.92 | 4,274.66 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-74078  
**Case Name:** ROSE, THOMAS W.  
ROSE, ANN M.  
**Period Ending:** 11/04/10

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 09/23/09 (f)  
**§341(a) Meeting Date:** 11/13/09  
**Claims Bar Date:** 05/06/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 501 East 10th Street, Rock | 56,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 60.00 | 0.00 | DA | 0.00 | FA |
| 3 | Financial accounts, financial institution shares | 53.00 | 0.00 | DA | 0.00 | FA |
| 4 | Financial accounts, financial institution shares | 193.89 | 0.00 | DA | 0.00 | FA |
| 5 | Financial accounts, financial institution shares | 30.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods and furnishings | 1,255.00 | 0.00 | DA | 0.00 | FA |
| 7 | Books, art, antiques and collectibles | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wearing apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Furs and jewelry | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | Interests in insurance policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Interests in an education IRA | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 12 | IRA, ERISA, Keogh, pension, profit sharing plan | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | IRA, ERISA, Keogh, pension, profit sharing plan | 23,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | IRA, ERISA, Keogh, pension, profit sharing plan | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Equitable or future interests, life estates    Land Trust Agreement | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | Autos, trucks, trailers, other vehicles, access. | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 17 | Autos, trucks, trailers, other vehicles, access. | 1,485.00 | 0.00 | DA | 0.00 | FA |
| 19 | Other Personal Property  (u)    Interest in Anna M. Rose's CD at Sterling Federal | 0.00 | 5,384.19 | | 5,384.19 | FA |
| 20 | Other Personal Property  (u)    Anna M. Rose Waddell & Reed Account | 0.00 | 0.00 | DA | 0.00 | FA |
| 21 | TAX REFUNDS  (u)    Non-exempt 2009 federal ($1,273.15) and state ($139.19) tax refunds | 0.00 | 1,412.34 | | 1,412.34 | FA |
| 22 | INTERESTS IN INSURANCE POLICIES  (u)    Deceased parent had two life insurance policies (debtor and debtor's four siblings as beneficiares) | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.05 | FA |

Printed: 11/04/2010 03:07 PM    V.12.54

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-74078  
**Case Name:** ROSE, THOMAS W.  
ROSE, ANN M.  
**Period Ending:** 11/04/10

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 09/23/09 (f)  
**§341(a) Meeting Date:** 11/13/09  
**Claims Bar Date:** 05/06/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 22   Assets   Totals (Excluding unknown values) | $113,426.89 | $6,796.53 | | $6,797.58 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   August 31, 2010   **Current Projected Date Of Final Report (TFR):**   June 15, 2010  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-74078 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | ROSE, THOMAS W. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | ROSE, ANN M. | | **Account:** | ***-*****80-65 - Money Market Account |
| **Taxpayer ID #:** | **-***2138 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 11/04/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/16/10 | {21} | Thomas W. Rose | tax refund | 1224-000 | 1,412.34 | | 1,412.34 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 1,412.35 |
| 03/29/10 | {19} | Sterling Federal Bank | Proceeds of Ann Rose's CD | 1229-000 | 5,384.19 | | 6,796.54 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 6,796.61 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.04 | | 6,796.65 |
| 04/06/10 | | Wire out to BNYM account 9200******8065 | Wire out to BNYM account 9200******8065 | 9999-000 | -6,796.65 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| | Less: Bank Transfers | -6,796.65 | 0.00 | |
| | **Subtotal** | 6,796.65 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$6,796.65** | **$0.00** | |

{} Asset reference(s)

Printed: 11/04/2010 03:07 PM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-74078  
**Case Name:** ROSE, THOMAS W.  
ROSE, ANN M.  
**Taxpayer ID #:** **-***2138  
**Period Ending:** 11/04/10

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******80-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 |  | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | 9999-000 | 6,796.65 |  | 6,796.65 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.32 |  | 6,796.97 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.40 |  | 6,797.37 |
| 06/15/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.21 |  | 6,797.58 |
| 06/15/10 |  | To Account #9200******8066 | prepare Final Report | 9999-000 |  | 6,797.58 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | **6,797.58** | **6,797.58** | **$0.00** |
|  |  |  | Less: Bank Transfers |  | 6,796.65 | 6,797.58 |  |
|  |  |  | **Subtotal** |  | **0.93** | **0.00** |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.93** | **$0.00** |  |

{} Asset reference(s)

Printed: 11/04/2010 03:07 PM    V.12.54

Exhibit 9

## FORM 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 09-74078  
**Case Name:** ROSE, THOMAS W.  
ROSE, ANN M.  
**Taxpayer ID #:** **-***2138  
**Period Ending:** 11/04/10

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******80-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/15/10 | | From Account #9200******8065 | prepare Final Report | 9999-000 | 6,797.58 | | 6,797.58 |
| 08/26/10 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $12.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 12.50 | 6,785.08 |
| 08/26/10 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $1,060.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,060.00 | 5,725.08 |
| 08/26/10 | 103 | DISCOVER BANK | Dividend paid 11.51% on $4,765.66; Claim# 1; Filed: $4,765.66; Reference: ENDING IN 4024 | 7100-000 | | 548.95 | 5,176.13 |
| 08/26/10 | 104 | DISCOVER BANK | Dividend paid 11.51% on $1,342.80; Claim# 2; Filed: $1,342.80; Reference: ENDING IN 4031 | 7100-000 | | 154.67 | 5,021.46 |
| 08/26/10 | 105 | DISCOVER BANK | Dividend paid 11.51% on $3,754.06; Claim# 3; Filed: $3,754.06; Reference: ENDING IN 3297 | 7100-000 | | 432.41 | 4,589.05 |
| 08/26/10 | 106 | PYOD LLC its successors and assigns as assignee of | Dividend paid 11.51% on $2,230.82; Claim# 4; Filed: $2,230.82; Reference: 5121-0796-0683-6523 | 7100-000 | | 256.96 | 4,332.09 |
| 08/26/10 | 107 | Chase Bank USA, N.A. | Dividend paid 11.51% on $8,319.13; Claim# 5; Filed: $8,319.13; Reference: 5179-4582-5018-5182 | 7100-000 | | 958.25 | 3,373.84 |
| 08/26/10 | 108 | Chase Bank USA, N.A. | Dividend paid 11.51% on $1,882.77; Claim# 6; Filed: $1,882.77; Reference: 4266-8410-1382-4295 | 7100-000 | | 216.87 | 3,156.97 |
| 08/26/10 | 109 | PYOD LLC its successors and assigns as assignee of | Dividend paid 11.51% on $9,858.98; Claim# 7; Filed: $9,858.98; Reference: 5424-1807-4428-1368 | 7100-000 | | 1,135.61 | 2,021.36 |
| 08/26/10 | 110 | CAPITAL ONE BANK USA, N.A. | Dividend paid 11.51% on $674.20; Claim# 8; Filed: $674.20; Reference: 4862-3623-5635-5415 | 7100-000 | | 77.66 | 1,943.70 |
| 08/26/10 | 111 | GE Money Bank dba WAL-MART DISCOVER CARD | Dividend paid 11.51% on $242.25; Claim# 9; Filed: $242.25; Reference: 6011-3110-0188-6527 | 7100-000 | | 27.90 | 1,915.80 |
| 08/26/10 | 112 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 11.51% on $4,040.25; Claim# 10; Filed: $4,040.25; Reference: 3746-331368-46652 | 7100-000 | | 465.38 | 1,450.42 |
| 08/26/10 | 113 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,450.42 | 0.00 |
| | | | Dividend paid 100.00%  1,429.76 on $1,429.76; Claim# ; Filed: $1,429.76 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%  20.66 | 2200-000 | | | 0.00 |

Subtotals :   $6,797.58   $6,797.58

{} Asset reference(s)

Printed: 11/04/2010 03:07 PM   V.12.54

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-74078  
**Case Name:** ROSE, THOMAS W.  
ROSE, ANN M.  
**Taxpayer ID #:** **-***2138  
**Period Ending:** 11/04/10

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******80-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $20.66;  Claim# ;<br>Filed: $20.66 | | | | |
| | | | ACCOUNT TOTALS | | 6,797.58 | 6,797.58 | $0.00 |
| | | | Less: Bank Transfers | | 6,797.58 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,797.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $6,797.58 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****80-65 | 6,796.65 | 0.00 | 0.00 |
| MMA # 9200-******80-65 | 0.93 | 0.00 | 0.00 |
| Checking # 9200-******80-66 | 0.00 | 6,797.58 | 0.00 |
| | $6,797.58 | $6,797.58 | $0.00 |

{} Asset reference(s)

Printed: 11/04/2010 03:07 PM   V.12.54